MARY SCHUSTER, as Administratrix of the Estate of VALENTINE SCHUSTER, Deceased, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Schuster* v. *Erie R. R. Co*,, 145 App. Div. 71, affirmed.
(Argued April 4, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 9, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

*John W. Ryan* for appellant.

*Clifford E. Branch* and *Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.